# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**
(OR EASTERN DISTRICT OF NEW YORK, DEPENDING ON LOCATION)

**Plaintiff:**
Terrance Baylor
[216 ROCKAWAY AVENUE] 15M
[BROOKLYN, NY, 11233]

**Defendants:**

1. **THE CITY OF NEW YORK**
2. **NEW YORK CITY POLICE DEPARTMENT**
3. **Officer [Anthony J. Porcelli**
   (Shield No. [29986])
   [Officer's Rank/Unit]
   [67th precinct ]

4  [Joshua C. Ferenczy

   Shield No. [29668]

   [67th precinct]

5

   **John Doe sergeant**

[ 67th precinct]


# COMPLAINT

**Plaintiff, Terrance Baylor,** by and through his undersigned counsel, hereby submits this complaint for false arrest and violation of constitutional rights against the New York Police Department (NYPD), the City of New York, and officers involved, and alleges as follows:

Claimant Terrance Baylor was the backseat passenger sitting behind the passenger seat of a vehicle wearing a seatbelt. The vehicle was pulled over by officers from the 67 precint for a traffic violation, upon approaching the vehicle, officers from the 67 precint directed their attention to claimant Terrance Baylor and informed claimant Terrance Baylor that officers and bodycam observed him not wearing a seatbelt. Officers from the 67 precint along with John Doe Seargent began questioning claimant Terrance Baylor about not wearing a seatbelt and then ordered claimant Terrance Baylor to produce his identification. Claimant Terrance Baylor made several attempts to inform officers that he was wearing a seatbelt and only removed it when the operator of the vehicle brought the vehicle to a complete stop. Claimant Terrance Baylor made several more attempts to Inform the officers that his name is Teerranc Baylor. Officers then pulled out a ipad looking device ordering claimant Terrance Baylor to spell his First and Last name, claimant Terrance Baylor can be heard on video giving the officers from the 67 precint the correct spelling of his First and Lastr name. Officers from the 67 precint can be seen on video intentionally mis typing and intentionally mispronouncing claimant Terrance Baylor's First Name to warrant and justify and arrest. Claimant Terrance Baylor was taken to the 67 precint by said officers from the 67 precint and placed in custody of a Police Officer Anthony J. Porcelli shield No#29986 and Police Officer Joshua C.
Ferenczy shield No#29668, whom then placed claimant Terrance Baylor under arrest. Claimant Terrance Baylor was then placed inside a cell at the 67 precint for several hours before he was taken downtown to Brooklyn criminal court where claimant Terrance Baylor spent several more hours inside a cell behind the courts, such arrest caused claimant Terrance Baylor to beome sick while being detained. Claimant Terrance Baylor suffered loss of liberty as he was kept against his will. He couldn't be with his family. Claimant Terrance Baylor could no longer perform his duties as an owner of an LLC as the arrest caused him to lose employment and clients. It is believed that Police Officers Anthony J. Porcelli and Joshua C. Ferenczy along with John Doe Seargents were aware that claimant Terrance Baylor was in fact identifying himself as Terrance Baylor, furthermore Police Officers Anthony J. Porcelli and Joshua C. Ferenczy was aware claimant Terrance Baylor had no prior record and in fact was not issued a desk appearance ticket. In fact it is believed claimant Terrance Baylor was "put on ice" as claimant Terrance Baylor was in custody for nearly 17 hours under docket number CR-009210-24KN

## JURISDICTION AND VENUE

1. **Jurisdiction**: This Court has jurisdiction over this matter pursuant to **42 U.S.C. § 1983** (civil rights violation) and the **Fourth and Fourteenth Amendments** to the United States Constitution. Jurisdiction is also based on **28 U.S.C. §§ 1331 and 1343** because this action arises under federal law, specifically the civil rights of the plaintiff.
2. **Venue**: Venue is proper in this district under **28 U.S.C. § 1391**, because the events giving rise to the claims occurred in this district, and the defendants are located in this district.

## PARTIES

3. **Plaintiff, Terrance Baylor** (hereinafter "Plaintiff"), is an individual who was at all relevant times a resident of New York City.
4. **Defendant, The City of New York**, is a municipal corporation responsible for the operation of the New York Police Department (NYPD) and is the employer of the individual defendant officers.

**Defendant NYPD Officers** Officer Anthony J. Porcelli, Police Officer Joshua C. Ferenczy, John Doe Seargent, John Doe Seargent,

5. [], is a police officer employed by the NYPD and is sued in both his/her official and individual capacity. At all relevant times, Defendant Officers were acting under color of state law in the course and scope of his/her duties.

## FACTUAL ALLEGATIONS

6. On or about **[march 3,2024]**, at approximately **[2:00 am]**, Plaintiff was in the vicinity of **[11226]** when Defendant Officer [Anthony J Porcelli] and other officers of the NYPD unlawfully detained, arrested, and falsely accused Plaintiff of committing a crime.
7. Plaintiff was stopped by Defendants without probable cause or reasonable suspicion of criminal activity.
8. **False Arrest**: The officers, without probable cause, arrested Plaintiff, in violation of his Fourth Amendment right to be free from unreasonable seizures. The officers lacked any factual or legal basis to arrest Plaintiff.
9. **False Imprisonment**: Following the arrest, Plaintiff was detained for a period of time without legal justification, in violation of his right to liberty.
10. **[Other Violations (if applicable)]**: As a result of the arrest, Plaintiff suffered emotional distress, harm to his reputation, and physical and mental injury.
11. The arrest was made in the absence of any probable cause or arrest warrant, and no charges were filed against Plaintiff. Plaintiff was later **[released]** without any formal charges being brought against him.
12. At the time of the incident, Defendant Officer [Anthony j porcelli] and other NYPD officers failed to follow proper procedures and acted with deliberate indifference or recklessness regarding Plaintiff's constitutional rights.

## CAUSES OF ACTION

**COUNT I – False Arrest in Violation of the Fourth Amendment**

**COUNT II — False Imprisonment in Violation of the Fourth and Fourteenth**

**COUNT III — Monell Claim Against The City of New York for Municipal Liability**

## DAMAGES

23. As a direct and proximate result of Defendants' actions, Plaintiff has suffered damages, including but not limited to:

- Emotional distress and mental anguish;
- Physical harm (if applicable);
- Damage to reputation;
- Loss of freedom and liberty;

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in the amount of 7,000.000 for the harm caused by the false arrest and false imprisonment;

B. Award punitive damages against the individual defendants for their unlawful and malicious actions;

C. Order the City of New York to implement better policies and training to prevent future violations of constitutional rights;

D. Award Plaintiff his attorneys' fees, costs, and any other relief this Court deems just and proper;

E. Grant such other relief as this Court deems necessary and appropriate.

**Dated: [june 3 2025]**
**Respectfully Submitted,**

I, Terrance Baylor, the Plaintiff in the above-entitled action, do hereby verify that the statements contained in the foregoing complaint are true to the best of my knowledge, information, and belief, under penalty of perjury.

**Signature of Plaintiff:** *[signature]*
**Date:** 6/3/2025