```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  TERRANCE BAYLOR,

                      Plaintiff,              MEMORANDUM & ORDER
                                               25-CV-3153 (EK)(LKE)

             -against-

  THE CITY OF NEW YORK; NEW YORK CITY
  POLICE DEPARTMENT; OFFICER ANTHONY J.
  PORCELLI; JOSHUA C. FERENCZY; JOHN
  DOE SERGEANT,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

Terrance Baylor brings this civil rights action alleging false arrest and imprisonment. Representing himself, he moves to proceed *in forma pauperis*. For the reasons set forth below, that motion is denied without prejudice to renew.

A plaintiff seeking to proceed *in forma pauperis* must submit an affidavit stating that he is "unable to pay" filing fees or to "give security therefor." 28 U.S.C. § 1915(a)(1). The affidavit must include "a statement of all assets" the person possesses. *Id.* "When an applicant fails to explain how he supports himself, courts generally regard his application as incomplete and insufficient to establish an entitlement to *in forma pauperis* status." *Jones v. ACS/Queens Field Off.*, No. 23-CV-5742, 2024 WL 2818138, at *1 (E.D.N.Y. June 3, 2024) (quoting

*Dan M. v. Kijakazi*, No. 22-CV-664, 2022 WL 2069112, at *2 (D. Conn. May 19, 2022)).[1]

Here, Baylor's affidavit indicates that he has no assets or income. ECF No. 2, at 1-2. But it does not explain how he supports himself. "Because no one can live on no income and no assets, affidavits asserting that the plaintiff has no income and no assets *without further explanation* must be incomplete and, by extension, fail to support *in forma pauperis* status." *Jones*, 2024 WL 2818138, at *1. Accordingly, Baylor's request to proceed *in forma pauperis* must be denied.

Should Baylor wish to proceed with this action, he must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a sufficient long-form *in forma pauperis* application. If Baylor fails to take either step within fourteen days, this action will be dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to Baylor and to note the mailing on the docket.

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

SO ORDERED.

      /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    July 8, 2025
           Brooklyn, New York